**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERR, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-1209-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 21, for an extension of time to respond to Defendants' motion to dismiss. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff may file an opposition to Defendants' motion within 30 days of the date of this order. To the extent Plaintiff seeks leave to file a supplemental complaint, that request is denied without prejudice to renewal of the request upon a showing of good cause therefor and submission of a proposed supplemental complaint.

　　　　　IT IS SO ORDERED.

Dated: January 26, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE