IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN E. RANSOM,** | Case No. 2:20-cv-01209-KJM-DMC |
| Plaintiff, | **ORDER** |
| **v.** | |
| **HERR, et al.,** | |
| Defendants. | |

Defendants moved for a thirty-day extension of time to file and serve objections to the Court's Findings and Recommendations (ECF No. 28) regarding Defendants' motion to dismiss. Good cause appearing therefor based on counsel's declaration indicating the need for additional time due to recent pre-planned out-of-country travel, Defendants' motion to extend time is GRANTED. Defendants shall have through August 19, 2022, to file and serve objections. Thereafter, Plaintiff shall have fourteen days to respond.

**IT IS SO ORDERED.**

**Dated:  July 20, 2022**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1