IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>    v.<br><br>HERR, et al.,<br><br>    Defendants. | No.  2:20-CV-1209-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 36, for an extension of time to file a responsive pleading.

This action currently proceeds on Plaintiff's first amended complaint. See ECF No. 11. On April 20, 2023, the District Judge issued an order granting in part and denying in part Defendants' motion to dismiss the first amended complaint. See ECF No. 35. Specifically, the District Judge granted the motion to dismiss with respect to Defendant Alvarez, with leave to amend. See id. The Court directed Plaintiff to file an election within 30 days indicating whether he wished to proceed on the remaining claims in the first amended complaint, with his claims against Defendant Alvarez dismissed, or whether Plaintiff wished to file a second amended complaint. See id. Defendants seek an extension of time to file their responsive pleading until 30 days after either Plaintiff files a notice to proceed on the first amended complaint or Plaintiff files

1

a second amended complaint.

Good cause appearing therefor, Defendants' motion is granted. If Plaintiff files a notice to proceed on the first amended complaint, Defendants' responsive pleading will be due within 30 days after such notice is filed. If Plaintiff elects to file a second amended complaint, Defendants' responsive pleading will be due within 30 days after the second amended complaint is filed.

IT IS SO ORDERED.

Dated: May 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE