IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>            Plaintiff,<br><br>     v.<br><br>HERR, et al.,<br><br>            Defendants. | No.  2:20-cv-1209-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 6, 2023, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the Findings and Recommendations were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  However, the Court concludes that

////

in lieu of dismissal of the Complaint, plaintiff should be granted twenty-one (21) days from the date this order is served to pay the filing fee for this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Findings and Recommendations filed November 6, 2023 (ECF No. 54) are adopted in part and rejected in part.

2. Defendants' unopposed motion to revoke Plaintiff's in forma pauperis status (ECF No. 43) is GRANTED.

3. Plaintiff must pay the entire filing fee for this action ($405.00) within twenty-one (21) days of service this order. Failure to pay the filing fee will result in an order dismissing this action.

IT IS SO ORDERED.

Dated:   **March 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE