**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERR, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-1209-DJC-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On March 5, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 5, 2025, ECF No. 63, are adopted in full.

2. Defendants' motion to dismiss, ECF No. 59, is granted.

3. Plaintiff's claims against Defendant Alvarez are dismissed with prejudice.

4. Plaintiff's claims for injunctive relief are dismissed as moot.

5. Within 30 days of the date of this order, Defendants Marchal, Cagnina, Petty, Lor, Herr, and Pangelian shall file an answer to Plaintiff's second amended complaint on Plaintiff's damages claims under the First Amendment against Defendants acting in their individual capacities and Plaintiff's negligence claims.

IT IS SO ORDERED.

Dated:  **March 28, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2